EMMA CHEEKS, Appellant, v. WILLIAM CHEEKS, Respondent.— Judgment

* Appeal dismissed, 253 N. Y. 560.

modified by increasing the amount of the alimony to be paid to the plaintiff to the sum of forty dollars weekly as and for her support and maintenance, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.